UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SANTOS GUTIERREZ-FOSELLA, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. CR22-0042-LK<br><br>ORDER GRANTING IN PART MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

　　　This matter comes before the Court on a motion filed by Defendant Steven Lopez Ruiz to continue the deadline to file pretrial motions from April 25, 2022 to May 13, 2022. Dkt. No. 41. The motion is unopposed.

　　　Under Local Criminal Rule 12(c), good cause must be shown to extend the deadline for pretrial motions. Mr. Lopez Ruiz's motion demonstrates good cause. However, granting the request in full would leave the Court only four business days to resolve the motion(s) prior to the start of trial. *See* LCrR 12(b)(6) ("motions shall be noted for consideration for the second Friday after the motion is filed"). Providing the Court inadequate time to address pretrial motions does

not serve the interests of justice. For that reason, the Court GRANTS IN PART and DENIES IN PART the request and sets a new deadline to file pretrial motions by May 4, 2022.

The two other defendants, Santos Gutierrez-Fosella and Robert Andrew Johnny, each filed a "Notice of Joinder" in Mr. Lopez Ruiz's motion to extend the deadline for pretrial motions. Dkt. Nos. 42, 43. However, Mr. Lopez Ruiz's motion says nothing regarding whether counsel for the other two defendants have any basis for asking for a continuance, nor do those counsel make any effort to establish good cause as required by Rule 12(c). Although the Court extends the pretrial motions deadline for all parties, in the future the Court will deny any motions for continuances that do not set forth good cause as required by Local Criminal Rule 12(c).

Dated this 22nd day of April, 2022.

*Lauren King*

Lauren King
United States District Judge