UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>SANTOS GUTIERREZ-FOSELLA,<br><br>                Defendant. | CASE NO. CR22-0042-LK<br><br>ORDER GRANTING MOTION TO WITHDRAW |

      This matter comes before the Court on a Motion to Withdraw filed by Fatima Dilek Dabagoglu, counsel for Santos Gutierrez-Fosella. Dkt. No. 52. Mr. Gutierrez-Fosella is also represented in this matter by another attorney who will continue to represent him. Dkt. No. 52 at 1. Because Mr. Gutierrez-Fosella is represented by multiple attorneys and the requested withdrawal will not leave him without representation, counsel is permitted to withdraw. *See* LCR 83.2(b)(3); CrR1(a) (applying LCR 83.2(b) in criminal matters). Counsel has also shown good cause to withdraw because she can no longer represent Mr. Gutierrez-Fosella. Dkt. No. 52 at 1.

      Accordingly, the Court GRANTS Fatima Dilek Dabagoglu's motion to withdraw, Dkt. No. 52, and she is permitted to withdraw from this case.

ORDER GRANTING MOTION TO WITHDRAW - 1

1   Dated this 7th day of June, 2022.

2

3                                            _____
                                             Lauren King
4                                            United States District Judge

ORDER GRANTING MOTION TO WITHDRAW - 2